George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Everlyn Puno*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Everlyn Puno,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services LLC;<br>Trans Union LLC and CarMax Auto<br>Superstore, Inc.,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-00418<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

　　　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Everlyn Puno and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///
///

_____

STIPULATION　　　　　　　　　　- 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 25, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Everlyn Puno*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: September 26, 2024
_____